JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOHN WOLFSBERGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST AMERICA LOANSTAR TRUSTEE SERVICES; WELLS FARGO BANK, N.A.; and , DOES 1 to 50, Inclusive,<br><br>　　　　　Defendants. | Case No. EDCV 08-1945-VAP (VBKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against WELLS FARGO BANK, N.A. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 10, 2009　　_____
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　United States District Judge